M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Tony Lee Smith #152953
_____
Full name and prison name of
Plaintiff(s)

v.

Richard Allen - Commissioner,
James Deloach - Asst. Comm.,
Steve Walker, Willie Whiting,
Anthony Askew, Bill Lindsey,
et al.
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:07 CV 885-WKW
(To be supplied by Clerk of U.S. District Court)

RECEIVED

OCT - 3 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☑  No ☐

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☑   NO ☐

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit:

       Plaintiff(s) Tony Lee Smith

       V.

       Defendant(s) Michael Haley

       re; Smith V. Haley 401 F.Supp. 2d 1240 (Mid. Dist. Ala. 2005)

   2.  Court (if federal court, name the district; if state court, name the county)
       U.S.D.C. for the Middle District of Alabama
       Montgomery, AL.   (2:01 CV 1430-T)

3. Docket number  2:01 cv-1430-T

4. Name of judge to whom case was assigned  Mag. Charles Coody, U.S.D.C. Judge Myron Thompson

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?)  pending on appeal in U.S.C.A./cir. 11

6. Approximate date of filing lawsuit  November 21, 2001

7. Approximate date of disposition  December 6, 2005

II. PLACE OF PRESENT CONFINEMENT  St. Clair Corr. Fac. 1000 St. Clair Rd., Springville, AL. 35146-5582

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  State wide policy

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Richard Allen (commissioner) | A.D.O.C. - State of Alabama |
| 2. | James Deloach (Assoc. comm.) | 301 South Ripley St., |
| 3. | Steve Walker (chaplain) | P.O. Box 301501 |
| 4. | Willie Whiting (chaplain) | Montgomery, AL. 36130-1501 |
| 5. | Anthony Askew (chaplain) | [Same for all |
| 6. | Bill Lindsey (chaplain) | Defendants] |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Defendants refuse to recognize Odinism as a recognized religion. ✳See attached✳

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_____
_____
_____
_____
_____

GROUND TWO: Defendants refuse to allow Plaintiff to worship outdoors while allowing other prisoners to do such. * See attached *

SUPPORTING FACTS: _____
_____
_____
_____
_____

GROUND THREE: Defendants refuse to allow Plaintiff a fire similar to that allowed to other prisoners * See attached *

SUPPORTING FACTS: _____
_____
_____
_____
_____
_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seeks injunctive relief compelling the defendants to allow him to practice his religion and recognize Odinism as a legitimate religion within the Alabama Department of Corrections. Plaintiff seeks injunctive relief allowing the use of a fire similar to that allowed for other prisoners. *Continued*

_____ pro-se
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  30 September 2007 C.E.
                 (Date)

_____
Signature of plaintiff(s)

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

TONY LEE SMITH, #152953,  §
Plaintiff.                §
                          §
Vs.                       §   CIVIL ACTION NO. 2:07cv 885 -WKW
                          §   (To be supplied by Clerk of U.S.
RICHARD ALLEN, et al.,    §   District Court)
Defendant.                §

## APPENDIX TO CIVIL COMPLAINT

## PURSUANT TO 42 U.S.C. § 1983

I)   Plaintiff is a prisoner in the Alabama Department of Corrections; hereinafter A.D.O.C. Plaintiff has been an adherent of Asatru/Odinism, pre-Christian religion of Northern Europe, for a number of years.

Presently in the A.D.O.C. all religious practices must be incorporated into Administrative Regulation 333, hereinafter A.R. 333 in order to be recognized. Asatru/Odinism is not.

Plaintiff has followed the administrative procedure to have Asatru/Odinism included in A.R. 333 and to be allowed other religious practices of his faith by submitting an "Inmate Request for Religious Assistance" as required by A.D.O.C. policy and instructions of the Attorney General's office of Alabama. This is Plaintiff's fifth request since 2000.

On or about 15 February 2007 Plaintiff submitted such request to Warden Ralph Hooks at St. Clair Correctional Facility located in Springville, Alabama. This request was in turn forwarded to A.D.O.C.'s Religious Activity Review Committee, hereinafter R.A.R.C.

The R.A.R.C. is composed of the Deputy Commissioner, Chaplain Steve Walker, and three additional chaplains all state employees within A.D.O.C.

Plaintiff seeks the following:

1) To have Asatru/Odinism recognized in A.R. 333 as a religion permitted worship and study within the A.D.O.C.

2) To be allowed to worship outdoors as traditionally performed in this religion for thousands of years with the alternative of an indoor area to use due to inclement weather.

Presently Native American and Wiccan inmates are allowed outdoor worship within A.D.O.C. Plaintiff has offered to compromise and worship on a small 9 foot circle of the Wiccan religious grounds.

3) Plaintiff seeks to be allowed the use of a small ceremonial fire outdoors during rituals on Thursday of each week similar to that allowed the Native American inmates.

4) Plaintiff seeks to have A.D.O.C. include his religion in A.R. 333 and allow the following religious items listed as approved religious items for Asatru/Odinism within A.D.O.C.:

a)  One (1) Thor's Hammer religious necklace valued under $25.00;
b)  One (1) ceremonial bowl measuring approximately 2 ½" in diameter;
c)  One (1) set of runes and bag to store these in;
d)  One (1) Free World Sponsor as allowed other religions;
e)  One (1) ceremonial drinking vessel;
f)  One (1) 1"-1 ½" quartz crystal similar to those allowed Native American and Wiccan inmates;
g)  One (1) small shoebox-sized ritual box to store personal religious items in to be kept in inmates locker box/drawer.
h)  One (1) study folder 9" x 12" to keep religious, cultural, political, and philosophical studies connected to Odinism...

Presently Plaintiff has items a, b, c, e, g and h, but because they lack inclusion into A.R. 333 they can be confiscated by unknowing correctional members as contraband. In order for these items to be legitimately recognized they must be included in an Administrative Regulation such as A.R. 333. Furthermore, possession of any property not listed is actually prohibited by Administrative Regulation 338; Inmate Property, which stipulates religious items and practices, must be included in Administrative Regulation 333. If not, it is considered contraband.

Plaintiff has previously litigated a prior suit involving Asatru/Odinism and it is presently on appeal in the U.S.C.A. for the Eleventh Circuit. Plaintiff was released from A.D.O.C. in January of 2004 during the litigation of the previous lawsuit, but has since returned to A.D.O.C. on another conviction. RE: *Smith v. Haley*, 401 F.Supp.2d 1240 (Mid.Ala.2005).

The R.A.R.C. has been non-responsive to my request and officials at St. Clair Correctional Facility state they can't allow me outdoor worship and other requested practices until the R.A.R.C. answers my request.

Plaintiff contends the Defendants deliberately deprive him of religious practices central to his faith and refuse to answer his request.

Plaintiff contends that the actions of the R.A.R.C. effectively deprive him of legitimate religious practices that do not create any security hazard and are in fact already permitted non-Odinist inmates.

Plaintiff seeks injunctive relief, punitive, compensatory, and nominal damages and brings this claim as a violation of the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000, Amendments I and XIV of the U.S. constitution.

II)   Plaintiff asserts that he is restricted to "solo practice" as an Odinist by the members of the R.A.R.C. and that such designation is unconstitutional and violative of Amendments I and XIV of the U.S. constitution.

Plaintiff is not allowed to study with other prisoners who follow the Odinist faith or other prisoners showing a sincere desire to learn of this religion. Neither Christian, Muslim, Native American, nor Wiccan inmates are classified in this category. Communal worship has been a component of this belief system since its recorded history pre-dating Christianity in Northern Europe.

III) Plaintiff contends that Administrative Regulation 333 is violative of Amendments I and XIV of the U.S. constitution and in conflict with the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000.

IV) Plaintiff asserts that the R.A.R.C. is violative of Amendments I and XIV of the U.S. Constitution because it is comprised of exclusively monotheist who oppose any unorthodox religious practice such as Odinism. Plaintiff further alleges that members of the R.A.R.C. use covert suppression to deny him meaningful practice of the Odinist religion and/or non-responsive delay tactics to disregard request for Odinist practices.

Presently there is no time limitation on answering a request forwarded to the R.A.R.C. and Plaintiff has waited approximately eleven (11) months without an answer. An amended request as directed by Chaplain Walker has also gone unanswered.

30 September 2007 C.E.

Pro-se _Tony Lee Smith_
Tony Lee Smith #152953
1000 St. Clair Road
Springville, Alabama
35146-5582

Tony Lee Smith 152953
St. Clair Corr. Fac. L-40-26
1000 St. Clair Rd.
Springville, AL. 35146-5582



US POSTAGE
$0.750
10/01/2007
Mailed From 35146
neopost

Clerk, U.S. District Court
for the Middle District of Alabama
P.O. Box 711
Montgomery, AL. 36130

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

FOR LEGAL PURPOSES ONLY