IN THE U.S. DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 OCT 16 A 10: 04

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

TONY LEE SMITH,  §
Plaintiff,  §
 §
Vs.  §   Civil Action: **2:07-CV-885-WKW**
 §           (W.O.)
RICHARD ALLEN;  §
Commissioner, et. al.,  §
Defendant.  §

## OBJECTION TO RECOMMENDATION OF

## THE MAGISTRATE JUDGE

COMES NOW the pro-se Plaintiff, Tony Lee Smith, hereinafter Plaintiff with the above styled action. Plaintiff objects to the transfer of this instant action to the U.S.D.C. for the Northern District and shows the following:

1) All parties serve in their official capacity as members of the Religious Activity Review Committee for the Alabama Department of Corrections located at 301 South Ripley St., P.O. Box 301501, Montgomery, AL 36130-1501.

2) The decisions of the Defendant's originate in Montgomery, Alabama within this Court's jurisdiction and extend State wide due to this Committee being the

sole source of approval/disapproval for the Alabama Department of Corrections and inmate religious request.

3) This Court, the U.S.D.C. for the Middle District of Alabama, was the forum for prior litigation involving this Plaintiff and several of the present Defendants and, therefore, could more readily address the issues involved. See *Smith v. Haley*, et al., 2:01-CV-1430-T.

4) Transfer of this case would not be in the interest of judicial economy.

WHEREFORE, Plaintiff prays that this Honorable Court not transfer this instant case to the U.S.D.C. for the Northern District.

Respectfully submitted,

_____

Tony Lee Smith

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served upon Clerk; U.S.D.C. for the Middle District, P.O. Box 711, Montgomery, AL 36130 and Defendants at A.D.O.C., 301 South Ripley St., P.O. Box 301501, Montgomery, AL 36130-1501 by U.S. Mail, postage prepaid.

Done this 15 day of October 2007 C.E.

Pro-se  *Tony Lee Smith*

Tony L. Smith #152953
1000 St. Clair Road
Springville, Alabama
          35146-5582



Tony Lee Smith 152953
St. Clair Corr. Fac. L.40.2b
1000 St. Clair Rd.
Springville, AL. 35146-5582

This correspondence is forwarded from an Alabama State [...] contents Alabama have not been [...] responsible Department [...] of the enclosed for the [...] or contents of the [...] communication

U.S.D.C. / Mid. Dist. of Ala.
P.O. Box 711
Montgomery, AL. 36130